# Court of Appeals
# of the State of Georgia

ATLANTA, February 16, 2017

*The Court of Appeals hereby passes the following order:*

**A17D0268.  IN THE INTEREST OF M. S., a child (Mother).**

On January 24, 2017, the mother of minor child M. S. filed this application for discretionary appeal from the trial court's order denying her motion for a new trial in this termination of parental rights case.  The mother has failed, however, to include a stamped "filed" copy of her motion for a new trial.[1]  As a result, we are unable to ascertain whether her motion was timely filed and thus tolled the time for filing this application.[2]

An application is timely if it is filed within 30 days of entry of the order sought to be appealed.  OCGA § 5-6-35 (d).  For this Court to have jurisdiction, an application for discretionary appeal must be timely filed.  See *In the Interest of B. R. F.*, 299 Ga. 294, 298 (788 SE2d 416) (2016); *Boyle v. State of Ga.*, 90 Ga. App. 734 (380 SE2d 57) (1989).  Although a motion for a new trial may extend the time in which appellate relief may be sought, it must be filed within 30 days of the entry of judgment.  OCGA §§ 5-5-40 (a); 5-6-35 (d).  An untimely motion for a new trial is void and does not toll the time for filing the application.  See *Wright v. Rhodes*, 198 Ga. App. 269 (401 SE2d 35) (1990).

As the applicant, the mother bears the burden of showing that her application should be granted.  *Harper v. Harper*, 259 Ga. 246 (378 SE2d 673) (1989).  As part

---

[1] The mother has submitted a copy of a motion for new trial, but it lacks a "filed" stamp.

[2] The order terminating the mother's parental rights was entered on May 3, 2016.

of this burden, she is required to "include with the application a copy of any petition or motion that led directly to the order or judgment being appealed." Court of Appeals Rule 31 (e); see also OCGA § 5-6-35 (c). By omitting from her application a stamped "filed" copy of her motion for a new trial, the mother has failed to show that this Court has jurisdiction to consider her application. Consequently, this application for discretionary appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,__02/16/2017_____*
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ *, Clerk.*